# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILLIAN RIGHTMYER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 23-1925** |
| **v.** | : | |
| | : | |
| **PHILLY PREGNANCY CENTER,** | : | |
| **P.C.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 1ˢᵗ day of March 2024, upon consideration of Defendants Philly Pregnancy Center, P.C., and Dr. Ozzie Geifman-Holtzman's *motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6)*, (ECF 12), Plaintiff's response in opposition, (ECF 13), and the allegations in the amended complaint, (ECF 9), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED**. Accordingly, all claims asserted against Defendants Philly Pregnancy Center, P.C., and Dr. Ozzie Geifman-Holtzman are **DISMISSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*