# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILLIAN RIGHTMYER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-1925 |
| v. | : | |
| | : | |
| **PHILLY PREGNANCY CENTER, P.C.,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 1st day of March 2024, upon consideration of Defendant Theresa Smigo's *motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6)*, (ECF 11), Plaintiff's response in opposition, (ECF 14), and the allegations in the amended complaint, (ECF 9), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) Defendant's motion to dismiss is **GRANTED** with respect to Count III of the amended complaint (breach of contract) and Count V of the amended complaint (violation of the Affordable Care Act); and

(2) Defendant's motion to dismiss is **DENIED** with respect to Count VII of the amended complaint (intentional infliction of emotional distress).

It is further **ORDERED** that Defendant Theresa Smigo shall file an answer to the remaining claims asserted against her in the amended complaint by March 14, 2024.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*